**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01055-CMA-BNB

IOMOUNTS LLC, a Colorado limited liability company ,

     Plaintiff,

v.

ZHENGMAO ZHU, an individual, d/b/a MAGFOOT, INC.,

     Defendant.

---

**FINAL JUDGMENT**

---

     In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

     Pursuant to the Order Granting Stipulated Motion and Permanent Injunction of

Judge Christine M. Arguello entered on May 23, 2014 it is

     ORDERED that Permanent Injunction entered in the Order (Doc. No. 27) is

incorporated as if fully set herein. It is,

     FURTHER ORDERED that this case is DISMISSED WITH PREJUDICE, each

party shall pay its or his own attorney's fees and costs.

     Dated at Denver, Colorado this 27th day of May, 2014.

                      FOR THE COURT:
                      JEFFREY P. COLWELL, CLERK


                 By:  s/  Sandra Hartmann
                       Sandra Hartmann
                       Deputy Clerk